EEOC Form 161 (11/16)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION     **Exhibit A**

## DISMISSAL AND NOTICE OF RIGHTS

To: Burton Gilmore, III
1825 Alametos
San Antonio, TX 78201

From: San Antonio Field Office
5410 Fredericksburg Rd
Suite 200
San Antonio, TX 78229

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 451-2017-02136 | Sybil Edwards, Investigator | (210) 281-7654 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- **NOTICE OF SUIT RIGHTS** -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_/s/ Travis G. Hicks_     5/29/2018
Travis G. Hicks, Director     (Date Mailed)

Enclosures(s)

cc: Melissa Gonzales
Hearing Officer
NORTHEAST ISD
8961 Tesoro Dr
San Antonio, TX 78217

Jefferson Brim
BRIM, ROBINETT, CANTU & BRIM, P.C.
2525 Wallingford Drive, Bldg 14
Austin, TX 78746

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 451-2017-02136 |

**Texas Workforce Commission Civil Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Burton Gilmore, III | (210) 842-5621 | 1956 |

Street Address: 1825 Alametos, San Antonio, TX 78201

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NORTHEAST ISD | 500 or More | (210) 407-0188 |

Street Address: 8691 Tesoro Drive, San Antonio, TX 78217

DISCRIMINATION BASED ON *(Check appropriate box(es).)*:
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-05-2017    Latest: 05-05-2017
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

In October 2006, I began my employment with Northeast Independent School District (NEISD) as a Teacher; and was under the supervision of the Assistant Principal, Mitch Brown, at time of my complaint.

I.      PERSONAL HARM: Between October 2016 and March 2017, I was hospitalized three times for complications related to my disability. In March 2017, I was informed by the NEISD ADA Compliance Officer/HR, Tammy Gomez, that my accommodation request of allowing bathroom breaks between classes was approved. On May 1, 2017, I received a directive from Mr. O'Neill, that I could not have bathroom breaks between classes; and when I did take bathroom breaks during classes I needed to inform the front office staff.

On May 3, 2017, I filed a complaint with the U. S. Department of Justice ADA Compliance Office regarding denial of my reasonable accommodation. On May 5, 2017, NEISD Alternative High School

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| x 8-12-17   x [signature]<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>451-2017-02136 |
|---|---|---|

**Texas Workforce Commission Civil Rights Division** and EEOC
*State or local Agency, if any*

Senior Director, Edward O'Neill, informed me I was being placed on administrative leave due to my filing a complaint with DOJ in lieu of filing a Level 1 Grievance with him. Further, on May 5, 2017, I received notice of non-renewal of my contract for the following year.

**II.     RESPONDENT'S REASON FOR ADVERSE ACTION:** Unknown.

**III.    DISCRIMINATION STATEMENT:** I believe that I was discriminated against based on my disability, and/or because I was regarded as disabled, in violation of the Americans with Disabilities Act of 1990, as amended. Further, I believe I was retaliated against for participating in a protected activity.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X  8-12-17     X [signature]
Date            Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)